JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BARBARA STUART, | Case No.: 2:23-cv-07340-MWF(MRWx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITIBANK, N.A., et al., | |
| Defendants. | |

Upon consideration of the parties' Joint Stipulation for Dismissal (Docket No. 24), IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved. The entire action is hereby dismissed with prejudice.

Dated: September 6, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge